809 F.2d 1053
 NOLAN CONTRACTING, INC., Plaintiff-Appellant,
v.
REGIONAL TRANSIT AUTHORITY, Defendant-Appellee.
 No. 86-3436.
 United States Court of Appeals,
Fifth Circuit.
 Jan. 6, 1987.
 
 C. Michael Winters, New Orleans, La., for plaintiff-appellant.
 John M. Landis, Sheila M. Lambert, Terrel J. Broussard, New Orleans, La., for defendant-appellee.
 Appeal from the United States District Court for the Eastern District of Louisiana; Patrick E. Carr, District Judge.
 Before REAVLEY and RANDALL, Circuit Judges, and WOODWARD*, District Judge.
 PER CURIAM:
 
 
 1
 AFFIRMED on the basis of the district court's opinion, 651 F.Supp. 23.
 
 
 
 *
 District Judge of the Northern District of Texas sitting by designation